UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

T-MOBILE USA, INC., a                     §
Delaware Corporation,                     §
                                          §
        Plaintiff,                        §
                                          §     CASE NO.:    **3:10-CV-04607-FLW-LHG**
                                          §
v.                                        §
                                          §     **JURY TRIAL DEMANDED**
                                          §
CELLIMPORTS LLC, a New Jersey limited     §
liability company; JASVINDER S. VIRDI,    §
individually; JOHN DOES 1-10; and XYZ     §
COMPANIES 1-10,                           §
                                          §
        Defendants.                       §
                                          §
                                          §

## STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS

Plaintiff T-Mobile USA, Inc. ("T-Mobile"), and Defendants Cellimports LLC and

Jasvinder S. Virdi (collectively, the "Defendants") hereby stipulate and agree to the entry of the

Final Judgment and Permanent Injunction Against Defendants, filed with this stipulation in the

form attached hereto at **Exhibit A**.

Dated: **November 9**, 2010.

/s/ Stacey K. Sutton
Stacey K. Sutton
New Jersey Bar No. 027361999
James B. Baldinger
Florida Bar No. 869899
CARLTON FIELDS, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
Email: ssutton@carltonfields.com
       jbaldinger@carltonfields.com
*Attorneys for T-Mobile USA, Inc.*

Jasvinder S. Virdi

Cellimports LLC
By:
Printed Name: Jasvinder S. Virdi
As its: Owner

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2010, a copy of the foregoing was served on all counsel via the ECF system and via US First Class Mail on all pro se parties.

**/s/ Stacey K. Sutton**
Attorney